UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-2207-MWF(JEMx)**                    Dated: **May 4, 2017**

Title:        Theresa Brooke -*v*- Pasadena Robles Acquisition, LLC

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                 None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

     In light of the Notice of Settlement filed May 2, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 5, 2017, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

     **IT IS SO ORDERED.**